| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

PAUL THOMAS SHAW, §
§
    Plaintiff, §
§
*versus* §    CIVIL ACTION NO. 1:22-CV-274
§
JASPER COUNTY SHERIFFS OFFICE, *et al.*§
§
    Defendants. §

## MEMORANDUM ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Paul Thomas Shaw, an inmate confined at the Ellis Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against the Jasper County Sheriffs Office and Laura Gorden.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this action as frivolous and for failing to state a claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes plaintiff's objections concerning the Jasper County Sheriffs Office are without merit.[1] The sheriff's office is not a party amenable to suit, as the magistrate judge determined.

---

[1] The magistrate judge determined plaintiff's objections and other correspondence to the court, liberally interpreted, indicated plaintiff should be allowed to amend his pleadings to add Jasper County and an unknown doctor as defendants in this action. Accordingly, plaintiff's claims against such defendants, as well plaintiff's claims against defendant Laura Gorden, were severed from this action to proceed to trial, if necessary. *See Shaw v. Gorden*, 1:25cv424 (E.D. Tex.). Therefore, the dismissal in this action applies only to defendant Jasper County Sheriffs Office.

**O R D E R**

Accordingly, plaintiff's objections are without merit and are **OVERRULED** concerning the Jasper County Sheriffs Office. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **PARTIALLY ADOPTED** to the extent it recommended dismissal of the Jasper County Sheriffs Office. Since the Jasper County Sheriffs Office is the last defendant remaining in this action, a final judgment will be entered in accordance with the magistrate judge's recommendation of dismissal.

SIGNED at Beaumont, Texas, this 28th day of August, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE